B1 (Official Form 1) (4/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

Name of Debtor (if individual, enter Last, First, Middle):
Ahmed S. Hassan ~~aka Ahmed Saleh~~

Name of Joint Debtor (Spouse) (Last, First, Middle):
Nagla M. Lotfy

☒ Chapter 7   ☐ Ch. 13

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): Ahmed Saleh Hassan;
aka Ahmed Saleh, Sr. AKA Ahmed Saleh,

All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all): *** ** 3906

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all): *** ** 3908

Street Address of Debtor (No. and Street, City, and State):
37 N. Yale Avenue
Villa Park, IL  60181-2340

ZIP CODE

Street Address of Joint Debtor (No. and Street, City, and State):
37 N. Yale Avenue
Villa Park, IL  60181-2340

ZIP CODE

County of Residence or of the Principal Place of Business:
DuPage County

County of Residence or of the Principal Place of Business:
DuPage County

Mailing Address of Debtor (if different from street address):

ZIP CODE

Mailing Address of Joint Debtor (if different from street address):

ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form. | ☐ Health Care Business | ☒ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding |
| ☐ Corporation (includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) | ☐ Chapter 9 |
| ☐ Partnership | ☐ Railroad | ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Stockbroker | ☐ Chapter 12 |
| | ☐ Commodity Broker | ☐ Chapter 13 |
| | ☐ Clearing Bank | |
| | ☐ Other | Nature of Debts (Check one box.) |

Tax-Exempt Entity
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. | Check one box: |
| ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
| ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. |
| | Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

KENNETH S. GARDNER, CLERK PS. DEP. LW
FILED
DEC 21 2012
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B 1 (Official Form 1) (1/08)

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): | Page 2 |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _(signature)_ <br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

VOLUNTARY PETITION

Ch.7 Signature page.

Page 3

| B 1 (Official Form) 1 (1/08) | Name of Debtor(s): |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

Date 12-01-2012

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
E. Paul Rustin
Printed Name of Attorney for Debtor(s)
E. Paul Rustin, Ltd.
Firm Name
120 W. Madison St., Suite 700
Address
Chicago, Il. 60602

(312) 346-8438
Telephone Number
12-15-2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Debtor's Statement of Compliance
And  Credit Counseling Certification.
(Filed herewith)

Official Form 1, Exhibit D (10/06)                                                    EXHIBIT D

## UNITED STATES BANKRUPTCY COURT

_____ Northern ___ **District of** _____ Illinois _____

In re  Ahmed S. Hassan                              Case No._____
_____                              _____
         Debtor(s)                                         (if known)


### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

        **Warning: You must be able to check truthfully one of the five statements regarding
credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy
case, and the court can dismiss any case you do file.  If that happens, you will lose whatever
filing fee you paid, and your creditors will be able to resume collection activities against
you.  If your case is dismissed and you file another bankruptcy case later, you may be
required to pay a second filing fee and you may have to take extra steps to stop creditors'
collection activities.**

        *Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse
must complete and file a separate Exhibit D.  Check one of the five statements below and attach
any documents as directed.*

        ☒1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, and I have a certificate from the agency describing the
services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan
developed through the agency.*

        ☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, but I do not have a certificate from the agency describing
the services provided to me.  *You must file a copy of a certificate from the agency describing the
services provided to you and a copy of any debt repayment plan developed through the agency
no later than 15 days after your bankruptcy case is filed.*

1

Credit Counseling

(Signature page)

**Official Form 1, Exh. D (10/06) – Cont.**

If joint petition filed, spouse must file a separate certification.

   ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____ .

   **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                  Ahmen Hassan

Date: _____12-15-2012_____

2

Debtor's Statement of Compliance
With Credit Counseling Requirement.

EXHIBIT D

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

Northern ___ **District of** ___ Illinois ___

In re _Nagla Lotfy_____    Case No._____
_____Debtor(s)____    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

1

Credit Counseling

Exhibit D

(Signature page)

**Official Form 1, Exh. D (10/06) – Cont.**

If joint petition filed, spouse must file a separate certification.

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ✓ *Nagy J M Cotly*
Nagla Lotfy

Date: 12-15-2012

2

B6D (Official Form 6D) (12/07)

In re Ahmed S. Hassan aka Ahmed Saleh, _____,     Case No. _____
                          Debtor                                                          (If known)
aka Ahmed Saleh,Sr.;and Nagla M.Lotfy.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acc #0186477303.<br>GMAC Mortgage<br>P.O. Box 780<br>Waterloo, IA<br>      50704-0780 | | J | Residence at 37 North Yale Ave. , Villa Park.IL.<br>VALUE $ 200,000. | | | | $292,513.46 | $92,513.00 |
| ACCOUNT NO. 0186477303.<br>GMAC Mortgage<br>P.O. Box 9001719<br>Louisville, KY<br>      40290-1719 | | | "       "<br>VALUE $ | | | | Notice purposes. | Notice purposes |
| ACCOUNT NO<br>State Farm Bank<br>Auto Div.;LaurieHopper<br>IL.OperationsCenter<br>2702 IrelandGrove Rd.<br>Bloomington,IL.<br>      61704-9975 | | H | '06 Toyota Corolla<br>VALUE $ | | | | $2100.00 | |

/   continuation sheets
     attached

Subtotal ►
(Total of this page)     $ 294,613.46     $ 92,513.00

Total ►
(Use only on last page)     $               $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.                                                    2

In re Ahmed S. Hassan aka Ahmed Saleh,          Case No. _____
_____,
             Debtor                                            (if known)
   aka Ahmed Saleh,Sr.; and Nagla Lotfy

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0186477303 GMAC MortgageLLC c/o Fisher & ShapiroLLC 2121 Waukegan Rd. Suite 301 Bannockburn, IL 60015 | | J | mortgage on residence. VALUE $ 200,000.00 | | | | Notice purposes. | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no ____ of ____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ►
(Total(s) of this page)

Notice purposes.  |  $

Total(s) ►
(Use only on last page)

$ 294,613.46  |  $ 92,513.00

(Report also on Summary of Schedules.)  |  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re Ahmed S. Hassan aka Ahmed Saleh,                          Case No._____
                    Debtor                                              (if known)
       aka Ahmend Saleh,Sr.;and Nagla M. Lotfy.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re   Ahmed S. Hassan aka Ahmed Saleh,   ,        Case No._____
                        **Debtor**                                    **(if known)**
aka Ahmed Saleh, Sr.; and Nagla M  Lotfy.

☐ **Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use,
that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C.
§ 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a
drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.


_1_  continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re Ahmed S. Hassan aka Ahmed Saleh,    ,      Case No. _____
          **Debtor**                                    (if known)
      aka Ahmed Saleh, Sr.;and Nagla M. Lotfy

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account 983290625000001. Department of Education Great Lakes (798581). P.O. Box 7860 Madison, WI  53707 | | H | Tuition loan guaranteed by debtor for daughter. | | | | $ 4,500.00 | 100% | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ | $ 4500.00 | $ 100% | |
|---|---|---|---|---|
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ 4500.00 | 100% | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4500.00 | $100% | $ |

B6F (Official Form 6F) (12/07)

In re AHMED S. HASSAN aka AHMED SALEH aka AHMED SALEH, HASSAN    Case No. _____
        **Debtor**                                                        (if known)
    aka AHMED SALEH, SR. and NAGLA M. LOTFY
                                            LOTFY

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 8587 <br><br> Cardmember Service re: Chase Bank PO Box 15153 Wilmington, DE 19886 | | | credit card | | | | 518.00 |
| ACCOUNT NO. *** 7494 <br><br> Walmart/GECRB PO Box 103104 Roswell, GA 30076 | | | credit card | | | | 820.09 |
| ACCOUNT NO. *** 7494 <br><br> Walmart/GECRB PO Box 530927 Atlanta, GA 30353-0927 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. *** 8970 <br><br> Carson's c/o Comenity Bank-Bankruptcy Dept. PO Box 18215 Columbus, OH 43218-2125 | | | credit card | | | | 386.69 |

Subtotal▶ $ 1,724.78

Total▶ $

continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
In re   and NAGLA M. LOTFY _____,          Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 9751 <br> Capital One Bank (USA), N.A. <br> PO Box 6492 <br> Carol Stream. IL 60197 | | | credit card | | | | 2.016.17 |
| ACCOUNT NO. *** 8227 <br> Sears-Kmart <br> c/o HSBC Card Services <br> PO Box 17051 <br> Baltimore. MD 21297-1051 | | | credit card | | | | 2.404.93 |
| ACCOUNT NO. *** 8227 <br> HSBC/Sears Kmart <br> PO Box 379 <br> Wood Dale. IL 60191-0379 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. <br> FIA Card Services <br> PO Box 982235 <br> El Paso, TX 79998-2235. | | | credit card | | | | 762.40 |
| ACCOUNT NO. *** 2416 <br> Sears Credit Cards <br> PO Box 18308 <br> Columbus, OH 43218 | | | credit card | | | | 851.39 |
| ACCOUNT NO. *** 2416 <br> Sears Credit Cards <br> PO Box 6283 <br> Sioux Falls, SD 57117-6283 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. *** 0215 <br> Juniper Card Services <br> PO Box 13337 <br> Philadelphia, PA 19101 | | | credit card | | | | 3,514.48 |
| | | | | | | Subtotal▶ | $ 9,549.37 |
| | | | | | | Total▶ | $ |
| | | | | | | (Use only on last page of the completed Schedule F.) <br> ( Report also on Summary of Schedules.) | |

_____continuation sheets attached

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

Case No. _____
(If known)

In re _____
Debtor  LOTFY

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 1668<br>State Farm Bank<br>c/o Blatt, Hasenmiller et al.<br>125 S. Wacker Dr., # 400<br>Chicago, IL 60606 | | | credit card | | | | $1767.66 |
| ACCOUNT NO. 1-329<br>Target National Bank<br>PO Box 660170<br>Dallas, TX 75266-0170 | | | credit card | | | | 704.24 |
| ACCOUNT NO. 1689 *** &<br>1682 ***<br>Cavalry Portfolio Services<br>re HSBC Bank Nevada<br>500 Summit Lake Drive<br>Vallhalla, NY 10595 | | | loan | | | | 4,203.00 |
| ACCOUNT NO. 12000815***<br>Cach, LLC (CitiBank SD)<br>4340 S. Monaco, 2nd Flr.<br>Denver, CO 80237 | | | loan | | | | 2,087.00 |
| ACCOUNT NO. 7379***<br>Recovery Partners<br>re Medical Health Care<br>4151 N. Marshall Way<br>Scottsdale, AZ 85260 | | | credit card | | | | 491.00 |
| ACCOUNT NO. 514021800033***&<br>2620906<br>Barclay's Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899 | | | credit card | | | | 2,866.00 |
| ACCOUNT NO.<br>Specialty Funding, Inc.<br>777 Mariner's Island Blvd. #125<br>San Mateo, CA 94404 | | | credit card | | | | Notice Purposes |
| | | | | | Subtotal▶ | | $10,351.24 |
| | | | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>( Report also on Summary of Schedules.) | | $ |

____ continuation sheets attached

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

In re _____,                     Case No. _____

Debtor                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 3134<br>Lowe's/GEMD<br>PO Box 960010<br>Orlando, FL 32896 | | | credit card | | | | 527.25 |
| ACCOUNT NO. *** 3134<br>GE Money Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. *** 2259<br>Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | | | credit card | | | | 1,219.98 |
| ACCOUNT NO. *** 8462<br>Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | | | Credit card | | | | 1,303.74 |
| ACCOUNT NO. *** 8462<br>Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO. *** 5070<br>Household Bank<br>c/o HSBC Card Services<br>PO Box 17051<br>Baltimore, MD 21297-1051 | | | credit card | | | | 2,296.66 |

Subtotal▶ | $5,347.63

Total▶ | $

_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

In re _____    Case No. _____
Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 7506<br>Pier 1 Imports<br>re Comenity-Pier 1 Imports<br>PO Box 659617<br>San Antonio, TX 78265-9617 | | | credit card | | | | 937.70 |
| ACCOUNT NO. 5856374044249 **<br>Comenity Bank/Pier 1<br>PO Box 182789<br>Columbus, OH 43219 | | | credit card (account purchased from Chase Bank) | | | | Notice Purposes |
| ACCOUNT NO. *** 5389<br>Comenity Bank (Carson's)<br>Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | | | credit card | | | | 209.05 |
| ACCOUNT NO. *** 7798<br>Sam's Club/GECRB<br>PO Box 965003<br>Orlando, FL 32896-5003 | | | credit card | | | | 2,546.82 |
| ACCOUNT NO. *** 7798<br>Sam's Club/GECRB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. *** 4904<br>Household Bank<br>c/o HSBC Card Services<br>PO Box 17051<br>Baltimore, MD 21297-1051 | | | credit card | | | | 2,028.77 |
| ACCOUNT NO. *** 8772<br>Direct Merchants Bank<br>Payment Center<br>PO Box 17313<br>Baltimore, MD 21297-1313 | | | credit card | | | | 2,437.79 |
| | | | | | | Subtotal▶ | $ 8,160.13 |
| | | | | | | Total▶ | $ |

_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

In re _____   Case No. _____
         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16829560<br>Cavalry Portfolio Services<br>HSBC Bank Nevada/Discover<br>PO Box 27288<br>Tempe, AZ 85285-7288 | | | credit card | | | | 1,713.84 |
| ACCOUNT NO. 1XXX<br>Cavalry Portfolio Services<br>re Net One International<br>15400 Knoll Trail Drive<br>Dallas, TX 75248 3467 | | | credit card | | | | 277.00 |
| ACCOUNT NO. *** 4814<br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | | | credit card | | | | 1,451.01 |
| ACCOUNT NO. *** 4120<br>Capital One Bank USA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | | | credit card | | | | 6,381.70 |
| ACCOUNT NO. 47749131171<br>JCPenny<br>PO Box 960097<br>Orlando, FL 32896 | | | credit card | | | | 2,106.61 |
| ACCOUNT NO. 15401482<br>Von Maur<br>6565 Brady Street<br>Davenport, IA 52806-2054 | | | credit card | | | | 584.49 |
| ACCOUNT NO. *** 4228<br>Home Depot Credit Services<br>PO Box 790328<br>St. Louis, MO 63179 | | | credit card | | | | 530.78 |

Subtotal▶ $13,045.43

Total▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

_____ continuation sheets attached

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

In re _____
                    Debtor

Case No. _____
                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** 7028 & *** 1353<br>Sears Credit Cards<br>PO Box 183082<br>Columbus, OH 43218-3082 | | | credit card | | | | 4,286.89 |
| ACCOUNT NO. *** 7028 & *** 1353<br>Sears Credit Cards/CBNA<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. *** 7580<br>Walmart/GEMB<br>PO Box 530927<br>Atlanta, GA 30353-0927 | | | credit card | | | | 1,500.00 |
| ACCOUNT NO. *** 7580<br>Walmart/GEMB<br>PO Box 981470<br>El Paso, TX 79998-1470 | | | credit card | | | | Notice Purposes |
| ACCOUNT NO. ***6628<br>Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | credit card | | | | 4,573.17 |
| ACCOUNT NO. 5490 999999 15***<br>Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | | | credit card | | | | 762.00 |
| ACCOUNT NO. EP1146206<br>North Shore University Health System<br>Faculty Practice Associates<br>9532 Eagle Way<br>Chicago, IL 60678 | | | medical expense | | | | 71.00 |
| | | | | | Subtotal▶ | | $11,193.06 |
| | | | | | Total▶ | | $ |

_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
In re and NAGLA M. LOTFY _____,   Case No. _____
          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3-08691712 Northwestern Medical Faculty Foundation 38693 Eagle Way Chicago, IL 60678-1386 | | | medical expense | | | | 535.00 |
| ACCOUNT NO. *** 30000 Morton Grove Medical Imaging, LLC 8930 Waukegan Road, #130 Morton Grove, IL 60053-2132 | | | medical expense | | | | Notice Purposes |
| ACCOUNT NO. 54353 Arun Ohri, M.D. 7447 W. Talcott, Suite 209 Chicago, IL 60631 | | | medical expense | | | | 47.00 |
| ACCOUNT NO. 89098 Diagnostic Imaging Associates PO Box 68 Northbrook, IL 60065-0068 | | | medical expense | | | | 189.00 |
| CASE ACCOUNT NO. 12 SC 3437 Capital One Bank (USA) NA c/o Blatt Hasenmiller et al. 125 S. Wacker Dr Ste. 400 Chicago, IL 60606 | | | medical expense | | | | Notice Purposes |
| CASE ACCOUNT NO. ***1279 &*** 3571 Freedman Anselmo et al. PO Box 3228 (re Capital One Bank) Naperville, IL 60566 | | | credit card | | | | 10,240.56 |
| CASE ACCOUNT NO. *** 5432 Freedman Anselmo et al. (re Capital One Bank) PO Box 3228 Naperville, IL 60566 | | | credit card | | | | 2,458.42 |

Subtotal ▶ $ 13,469.98

_____ continuation sheets attached

Total ▶ $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

AHMED S. HASSAN aka AHMED SALEH aka
AHMED SALEH HASSAN aka AHMED SALEH, SR.
and NAGLA M. LOTFY

In re _____,          Case No. _____
                Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  *** 549 41<br>JCPenny<br>PO Box 960090<br>Orlando, FL 32896-0090 | | | credit card | | | | 2,011.76 |
| ACCOUNT NO.<br>GK Medical Management<br>PO Box 1208<br>Morton Grove, IL 60053-7208 | | | medical expense | | | | 368.00 |
| ACCOUNT NO.  *** 0763<br>Ice Mountain Direct<br>#215 6661 Dixie Hwy Suite 4<br>Louisville, KY 40258 | | | bottled water | | | | 74.76 |
| ACCOUNT NO.  *** C11252000217<br>Resurrection Medical Center<br>7435 W. Talcott Ave.<br>Chicago, IL 60631 | | | medical expense | | | | 629.56 |
| ACCOUNT NO.  29924<br>NW Infectious Disease Consultant<br>36490 Treasury Center<br>Chicago, IL 60694-6400 | | | medical expense | | | | 84.80 |
| ACCOUNT NO. 237L76860-0<br>Genesis Clinical Lab<br>PO Box 830913<br>Birmingham AL 35283-0913 | | | medical expense | | | | 268.88 |
| ACCOUNT NO. 237L76860-0<br>Genesis Clinical Lab<br>1590 Paysphere Circle<br>Chicago, IL 60674-1590 | | | medical expense | | | | Notice Purposes |

Subtotal▶  $ 3,437.76

Total▶  $

_1_ continuation sheets attached

(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re  Ahmed S. Hassan aka Ahmed Saleh ,                    Case No. _____
         **Debtor**                                                    (If known)
    aka Ahmed Saleh,Sr.; and Nagla Lotfy.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT 474727633677*** State Farm Bank Fin.Cards P.O. Box 2316 Bloomington, IL 61702-2316 | | | credit card | | | | Notice purposes |
| ACCOUNT 549099999915*** Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | | credit card | | | | Notice purposes |
| ACCOUNT NO. *** 1668. State Farm Bank P.O. Box 23025 Columbus, GA 31902-3025 | | | | | | | Notice purposes. |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Subtotal▶ $ -0-

Total▶ $ 76,279.38
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

0  continuation sheets attached